# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 17, 2024

## NO. 03-23-00394-CV

**TBC - The Boring Company, Appellant**

**v.**

**304 Construction, LLC, Appellee**

**APPEAL FROM THE 335TH DISTRICT COURT OF BASTROP COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND THEOFANIS**
**REVERSED AND REMANDED -- OPINION BY JUSTICE THEOFANIS**

This is an appeal from the interlocutory order signed by the trial court on June 28, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's interlocutory order. Therefore, the Court reverses the trial court's interlocutory order and remands the case to the trial court. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.